UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

SAMUEL TAVERAS,

                     Plaintiff,

           -against-

RYDER TRUCK RENTAL, INC., et ano.,

                     Defendants.

------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2026
```

25-cv-1340 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1332 and 1441. The notice of removal fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

    ☒    The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publ'g Ass'n v. Edwards*, 194 U.S. 377 (1904); *Leveraged Leasing Admin. Corp. v. PacifiCorp Cap., Inc.*, 87 F.3d 44 (2d Cir. 1996).

    ☐    The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

    ☐    The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990).

    ☐    The exact nature and citizenship of one or more alleged limited liability companies. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 52 (2d Cir. 2000).

      Absent the filing, on or before March 11, 2026, of an amended notice of removal adequately alleging the existence of subject matter jurisdiction, this action will be remanded for lack of subject matter jurisdiction.

      SO ORDERED.

Dated:     March 4, 2026

                               Lewis A. Kaplan
                        United States District Judge