UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SAMUEL TAVERAS,

                                Plaintiff,

            -against-                                          25-cv-1340 (LAK)


RYDER TRUCK RENTAL, INC., et ano.,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

            The Court having noted that the notice of removal failed adequately to allege the citizenship of one or more parties and that the action would be remanded whence it had been removed if an amended notice of removal correcting the flaw were not filed on or before March 11, 2026, and no such amended notice of removal having been filed, it is hereby

            ORDERED, that this action is remanded to the Supreme Court of the State of New York, Bronx County.

            SO ORDERED.

Dated:        March 12, 2026

                                                    _____
                                                            Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-26